**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LINDA ALEXANDER,**<br><br>Plaintiff,<br><br>v.<br><br>**INGLESIDE,**<br><br>Defendant. | Case No. 1:26-cv-2041 (TNM) |

## MEMORANDUM ORDER

Linda Alexander sued Ingleside for employment discrimination retaliation. *See* Compl. at 4, ECF No. 1. On September 30, 2026, Ingleside filed a Motion to Dismiss. *See* ECF No. 8. The same day, this Court entered an order directing Plaintiff to respond by October 30, 2026, and notifying her that "that the failure to respond" by that deadline "may result in [the Court] granting the motion and dismissing the case." Order, ECF No. 10 (quoting *Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988)).

The October 30, 2026, deadline passed more than two weeks ago. Yet Plaintiff has filed no response. Thus, "the Court may treat the motion as conceded." LCvR 7(b); *see, e.g.*, *Bell v. Redding*, 539 F. Supp. 2d 423, 424–25 (D.D.C. 2008) (collecting cases granting dispositive motions as conceded under Local Civil Rule 7(b)).

Given Plaintiff's failure to respond to Ingleside's Motion to Dismiss, and pursuant to Local Civil Rule 7(b), it is hereby

**ORDERED** that Ingleside's [8] Motion to Dismiss is GRANTED as conceded.

**SO ORDERED.**



2026.11.16
10:35:37 -05'00'

Dated: November 16, 2026

TREVOR N. McFADDEN
United States District Judge